# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. '08 MJ 1953 |
| | ) COMPLAINT FOR VIOLATION OF: |
| Plaintiff | ) |
| | ) TITLE 18 U.S.C. § 1544 |
| v. | ) Misuse of Passport (Felony) |
| | ) |
| | ) TITLE 18 U.S.C. § 1544 |
| Fabian MARTINEZ SANDOVAL | ) Misuse of Passport (Felony) |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

### Count 1

On or about June 19, 2008, within the Southern District of California, defendant Fabian MARTINEZ SANDOVAL did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 309976322, issued to Rafael MELCHOR LOPEZ, to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Rafael MELCHOR LOPEZ, and that the passport was not issued or designed for his use; all in violation of Title 18, United States Code, Section 1544.

### Count 2

On or about June 24, 2008, within the Southern District of California, defendant Fabian MARTINEZ SANDOVAL did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 216426436, issued to Sergio FUENTES to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Sergio FUENTES, and that the passport was not issued or designed for his use; all in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Bruce Palombo
Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED to before me
This _____ day of _____, 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Bruce A. Palombo, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for three years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Fabian MARTINEZ SANDOVAL (hereafter DEFENDANT) used a Passport issued for the use of another on two occasions for the purpose of illegal entry into the United States. This Affidavit is made in support of a complaint against Fabian MARTINEZ SANDOVAL for violations of Title 18, U.S.C., Section 1544, Misuse of a Passport (2 counts).

3. On June 19, 2008, at approximately 1207 hours, Fabian MARTINEZ SANDOVAL presented U.S. Passport number 309976322 in the name of Rafael MELCHOR LOPEZ to a CBP Officer with the intent to gain entry to the U.S. DEFENDANT was referred to secondary inspection where he was fingerprinted and a previous criminal record and the true identity of DEFENDANT was revealed.

4. DEFENDANT was voluntarily removed to Mexico.

5. On June 24, 2008 at approximately 0800 hours, Fabian MARTINEZ SANDOVAL presented U.S. Passport number 216426436 in the name of Sergio FUENTES to a CBP Officer with the intent to gain entry to the U.S. DEFENDANT was referred to secondary inspection where he was fingerprinted and a previous criminal record and the true identity of DEFENDANT was revealed.

6. Affiant conducted checks of the U.S. Department of State U.S. Passport database and learned that U.S. Passport number 309976322 had been issued on Jan 9, 2007 to Rafael MELCHOR LOPEZ and was reported lost/stolen on May 29, 2008.

7. Affiant conducted checks of the U.S. Department of State U.S. Passport database and learned that U.S. Passport number 216426436 had been issued on December 22, 2005 to Sergio FUENTES and was reported lost/stolen on May 29, 2007.

8. On June 24, 2008 at approximately 1400 hrs, Reporting Agent and a DSS Agent Lynn Falanga Michaels interviewed DEFENDANT at the San Ysidro Port of Entry. DEFENDANT read a Miranda warning in his native language (Spanish) and waived his rights to counsel. DEFENDANT admitted that his true name was Fabian MARTINEZ SANDOVAL, that his true date of birth was August 20, 1983, that his true place of birth was in Mexico, and that the U.S. Passport he used on these days (June 19 and June 24, 2008) were not issued to him for his use. DEFENDANT admitted that he purchased the U.S Passports for $100 in Tijuana, Mexico. DEFENDANT stated that he had been living in the U.S. for an extended period of time.



9. On the basis of the facts presented in this probably cause statement, there is probable cause to believe that:

    a. DEFENDANT named in this probable cause statement, committed the offense on June 19, 2008 – in violation of Title 18 U.S.C., Section 1544, Misuse of a Passport – when he knowing and willfully used the U.S. Passport belonging to another, Rafael MELCHOR LOPEZ, knowing that it was not issued to him or designed for his use.

    b. DEFENDANT named in this probable cause statement, committed the offense on June 24, 2008 – in violation of Title 18 U.S.C., Section 1544, Misuse of a Passport – when he knowing and willfully used the U.S. Passport belonging to another, Sergio FUENTES, knowing that it was not issued to him or designed for his use.

_____
Bruce A. Palombo
Senior Special Agent
U.S. Department of State
Diplomatic Security Service