IAO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| FABIAN MARTINEZ SANDOVAL | CASE NUMBER: 08cr2467-JLS |

I, FABIAN MARTINEZ SANDOVAL, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FABIAN MARTINEZ SANDOVAL
Defendant

ANDREW K. NIETOR
Counsel for Defendant

Before _____
JUDICIAL OFFICER

CJB:lml:7/11/08