FILED

AUG - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )     Criminal No. 08CR 2467-JLS
                               )
                Plaintiff,     )     **CONSENT TO RULE 11 PLEA IN A**
                               )     **FELONY CASE BEFORE UNITED**
v. FABIAN MARTINEZ-SANDOVAL    )     **STATES MAGISTRATE JUDGE,**
                               )     **WAIVER OF PRESENTENCE REPORT**
                               )     **AND WAIVER OF OBJECTIONS FOR**
                               )     **IMMEDIATE SENTENCING**
                Defendant.     )
                               )

        I have been advised by my attorney and by the United States
Magistrate Judge of my right to enter my plea in this case before
a United States District Judge.  I hereby declare my intention to
enter a plea of guilty in the above case, and I request and
consent to have my plea taken by a United States Magistrate Judge
pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

        I understand that if my plea of guilty is taken by the
United States Magistrate Judge, and the Magistrate Judge
recommends that the plea be accepted, the assigned United States
District Judge will then decide whether to accept or reject any
plea agreement I may have with the United States and will
adjudicate guilt and impose sentence.

        I further understand that due to my request for immediate

K:\COMMON\CSA\forms\2005\consents.wpd

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

5

6

7  Dated: _7/17/08_     _FABIAN MARTINEZ SANDOVAL_

8                       Defendant

9

10

11 Dated: _7/7/08_      _Joshua Jief_

12                       Attorney for Defendant

13

14     The United States Attorney consents to have the plea in this

15 case taken by a United States Magistrate Judge pursuant to

16 Criminal Local Rule 11.2 and further waives a presentence report

17 in this case as well as any objections to the Magistrate Judge's

18 findings and recommendation concerning the entry of the guilty

19 plea.

20

21

22 Dated: _8/1/08_

23                       Assistant United States Attorney

24

25

26

27

28

K:\COMMON\CSA\forms\2005\consents.wpd